UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR314(SRU) |
| | : | |
| v. | : | |
| | : | |
| BABAR KHAN | : | May 16, 2025 |

**GOVERNMENT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION OF ROBERT M. BERKE TO WITHDRAW AS COUNSEL**

The government respectfully moves the Court to reconsider its order dated May 14, 2025, permitting Attorney Robert M. Berke to withdraw as counsel of record [doc. 230]. Attorney Berke is the second experienced, highly competent attorney to withdraw from this case due to a breakdown in the attorney-client relationship with Defendant Babar Khan. On January 18, 2024, the Court granted Attorney Richard Reeve's motion to withdraw from representing Mr. Khan [doc. 196].

Mr. Khan's case has been pending for nearly five-and-a-half years. On December 19, 2019, he was arrested and was presented in court. On February 28, 2022, he pleaded guilty pursuant to a plea agreement. On September 2, 2022, he appeared for sentencing, but was not sentenced. On March 11, 2025, Mr. Khan entered into a Supplemental Joint Stipulation for sentencing with the government. Sentencing is scheduled for July 1, 2025, at 10:30 a.m.

The government, the victims, and the public have an interest in concluding this criminal case. Accordingly, the government shall object to any motions seeking a continuance of the sentencing date on July 1, 2025.

In support of its motion for reconsideration, the government represents as follows:

1

1. On December 19, 2019, Mr. Khan made his initial appearance in court and was arraigned on a multi-count indictment charging him and his spouse, co-defendant Khatija Khan, with multiple offenses. Specifically, the indictment charged Mr. Khan with Conspiracy to Commit Mail Fraud in violation 18 U.S.C. § 1349 (Count One); two substantive counts of Mail Fraud in violation 18 U.S.C. § 1341 (Counts Three and Four); and one count of Making/Subscribing a False Tax Return in violation of 26 U.S.C. § 7206(1) (Count Five).

2. On February 28, 2022, Mr. Khan pleaded guilty pursuant to a written plea agreement before Magistrate Judge Robert M. Spector to Conspiracy to Commit Mail Fraud in violation 18 U.S.C. § 1349 (Count One), and Making/Subscribing a False Tax Return in violation of 26 U.S.C. § 7206(1) (Count Five). Based on the canvass of Mr. Khan, Magistrate Judge Spector issued a ruling entitled "Findings and Recommendation on a Plea of Guilty" [doc. 80] recommending that Mr. Khan's guilty plea be accepted by the Court.

3. On September 1, 2022, the Court sentenced co-defendant Khatija Khan to a term of 60 months of imprisonment, three years of supervised release, a restitution order of not less than $326,212, and $200 in special assessments.

4. On September 2, 2022, the Court held a sentencing hearing for Mr. Khan. At the beginning of the hearing, the Court accepted Mr. Khan's guilty plea and his plea agreement which Magistrate Judge Spector had canvassed him on February 28, 2022. The Court then inquired of the government and defense counsel about, among other things, the Sentencing Guidelines stipulation in the plea agreement and its effect on restitution. Due to the concerns expressed by the Court, Mr. Khan's sentencing was continued without a date certain.

5. After that date, Mr. Khan's counsel (Richard Reeve, Esq.) and the government had several discussions on possible resolutions to address the Court's concerns raised at the sentencing hearing.

6. Beginning in January 2023, Khatija Khan challenged the restitution ordered by the Court and the restitution claims made by additional victims who had come forward. The Court ordered her to surrender to the Bureau of Prisons on April 14, 2023. On June 16, 2023, after holding an evidentiary hearing, the Court issued its Restitution Order, which Khatija Khan appealed to the Second Circuit Court of Appeals.

7. Through Atty. Reeve, Babar Khan expressed to the government a desire to wait for the outcome of Khatija Khan's appeal before proceeding to sentencing because the Court's restitution findings in her case were relevant to Mr. Khan's sentencing. In addition, Mr. Khan indicated that he was serving as the primary guardian to his and Ms. Khan's minor children while she was incarcerated.

8. On January 18, 2024, the Court granted the motion of Atty. Reeve to withdraw from representing Mr. Khan. On January 22, 2024, the Court appointed Atty. Robert Berke to represent Mr. Khan.

9. On August 16, 2024, the Second Circuit Court of Appeals affirmed the Court's Restitution Order for Khatija Khan.

10. After that date, Mr. Khan's second attorney (Robert M. Berke, Esq.) and the government had extensive discussions about negotiating a resolution prior to sentencing.

11. On December 20, 2024, the government moved the Court to schedule sentencing for the final week in January 2025 [doc. 209].

12. On March 11, 2025, Mr. Khan entered into a Supplemental Joint Stipulation for sentencing with the government; the Court thoroughly canvassed Mr. Khan to ensure that he was entering into the Supplemental Joint Stipulation knowingly, intelligently, and voluntarily [doc. 220].

13. On March 26, 2025, Mr. Khan filed through Atty. Berke a consent motion to continue sentencing for 60 days.

14. On April 2, 2025, the Court scheduled sentencing for July 1, 2025, at 10:30 a.m.

15. The government, the victims, and the public have an interest in concluding this longstanding criminal case. To the extent Mr. Khan has brought in a third attorney to delay his sentencing, the government respectfully asks that the Court reconsider its order permitting Atty. Berke to withdraw from representing him [doc. 230].

16. In the alternative, should the Court deny the government's motion for reconsideration, the government respectfully urges the Court to maintain the sentencing date of July 1, 2025, at 10:30 a.m. for Mr. Khan.

    Respectfully submitted,

    DAVID X. SULLIVAN
    UNITED STATES ATTORNEY

    */s/ Harold H. Chen*

    HAROLD H. CHEN
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. CT24432
    1000 LAFAYETTE BLVD., 10th FLOOR
    BRIDGEPORT, CONNECTICUT 06604
    (203) 696-3000

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/

      HAROLD H. CHEN
      ASSISTANT UNITED STATES ATTORNEY